# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2019

## NO. 03-19-00258-CV

**Bobbi Battishia White, Appellant**

**v.**

**Michael J. Rogers, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA, AND SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the temporary restraining order, conservatorship determination and writ of attachment signed by the trial court in 2016. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.